**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  12-cv-01444-MSK-MJW | FTR - Courtroom A-502 |
| **Date:**  November 01, 2012 | Courtroom Deputy, Ellen E. Miller |
| <u>*Parties*</u> | <u>*Counsel*</u> |
| ERICH TUCKER, and
SARAH TUCKER,
husband and wife, | Michael A. Patrick |
| Plaintiff(s), | |
| v. | |
| JANET L. BARNES, | Thomas M. Henson |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   1:30 p.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiffs' Motion for Qualified Protective Order [Docket No. 16] for discussion.. Each paragraph (paragraph 1 through 7) is discussed.

**It is ORDERED:**   Plaintiffs' MOTION FOR QUALIFIED PROTECTIVE ORDER [Docket No. **16**, filed September 28, 2012]   is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   The proposed Protective Order [Docket No. 16-2] is taken under **TAKEN UNDER ADVISEMENT.**  The Court takes under consideration the appropriate language to be included into the Protective Order and the Court will issue a written Protective Order.

The Telephonic Status Conference remains set December 18, 2012 at 10:00 a.m.  (Mountain Time).

Hearing concluded.   **Court in recess:**   2:12 p.m.   Total In-Court Time 00:42

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.