**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  12-cv-01444-MSK-MJW        FTR - Courtroom A-502

**Date:**   November 01, 2012                          Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                                                        <u>*Counsel*</u>

ERICH TUCKER, and                                          Michael A. Patrick
SARAH TUCKER,
husband and wife,

         Plaintiff(s),

v.

JANET L. BARNES,                                            Thomas M. Henson

         Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   1:30 p.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiffs' Motion for Qualified Protective Order [Docket No. 16] for discussion.. Each paragraph (paragraph 1 through 7) is discussed.

**It is ORDERED:**     Plaintiffs' MOTION FOR QUALIFIED PROTECTIVE ORDER [Docket No. **16**, filed September 28, 2012]   is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**     The proposed Protective Order [Docket No. 16-2] is taken under **TAKEN UNDER ADVISEMENT.**   The Court takes under consideration the appropriate language to be included into the Protective Order and the Court will issue a written Protective Order.

The Telephonic Status Conference remains set December 18, 2012 at 10:00 a.m.  (Mountain Time).

Hearing concluded.     **Court in recess:**    2:12 p.m.     Total In-Court Time 00:42

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.