IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01444-MSK-MJW

ERICH SARAH TUCKER,

Plaintiff(s),

v.

JANET L. BARNES,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

　　Based upon this court's ruling (see Docket Nos. 29 and 30) on the Plaintiff's Motion for Qualified Protective Order (Docket No. 16) and the entry of the Protective Order (see Docket No. 30), it is hereby

　　ORDERED that State Farm Mutual Automobile Insurance Company's Motion to Intervene for the Limited Purpose of Opposing Plaintiff's Motion for Protective Order (Docket No. 23) is denied as moot.  The court notes that State Farm Mutual Automobile Insurance Company has filed Objections to the constructive denial of its motion to intervene (see Docket No. 31), which are pending before Judge Krieger.

Date: December 11, 2012