IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01444-MSK-MJW

ERICH SARAH TUCKER,

Plaintiff(s),

v.

JANET L. BARNES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Request to Defer Adjudication of Pending Motions and Appeal Concerning Protective Order for 14 Days, which was filed on December 28, 2012 (Docket No. 39), is denied as moot.

Date: January 16, 2013