IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01444-MSK-MJW

ERICH SARAH TUCKER,

Plaintiff(s),

v.

JANET L. BARNES,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Parties Stipulated Motion to Withdraw the Existing Protective Order in Exchange for the Stipulated Protective Order (docket no. 43) is GRANTED finding good cause shown.  The original Protective Order (docket no. 30) is VACATED.  The court enters the attached Stipulated Protective Order as an order of the court.

Date: January 18, 2013