IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01444-MSK-MJW

ERICH SARAH TUCKER,

Plaintiff(s),

v.

JANET L. BARNES,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint (Unopposed) Motion for Modification of the Scheduling Order and for Entry of Proposed Amended Scheduling Order (docket no. 48) is GRANTED finding good cause shown.  The Amended Scheduling Order (docket no. 48-1) is APPROVED and made an Order of Court.

Date: February 11, 2013