IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01444-MSK-MJW

ERICH SARAH TUCKER,

Plaintiff(s),

v.

JANET L. BARNES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   Based upon the representations made in the Plaintiffs' Response to Defendant's Motion to Compel Responses to Request for Production of Documents (Docket No. 55) and in the Defendant's Notice to Withdraw Motion to Compel (Docket No. 56), it is hereby

   ORDERED that the Defendant's Motion to Compel Plaintiff Erich Tucker's Responses to Defendant's Request for Production of Documents, and F.R.C.P. 26(a)(1) Disclosures (Docket No. 52) is withdrawn.

Date: July 15, 2013