IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01444-MSK-MJW

ERICH AND SARAH TUCKER,

Plaintiff(s),

v.

JANET L. BARNES,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the Court on Defendant's Motion to Quash Subpoena Issued to J. Tashof Bernton, M.D. and for Protective Order (Docket No. 87).  The deadline for a response under Local Civil Rule 7.1(d) was October 13, 2014; as extended under Federal Rule of Civil Procedure 6(d), the response would have been timely if filed by October 16, 2014.  No response has been filed.

Accordingly, the Motion to Quash (Docket No. 87) is GRANTED.  Sections 1(a), 1(b), 1(c), 2, 3, and 5 of the subpoena *duces tecum* served on Dr. Bernton are hereby QUASHED.

Date: October 17, 2014