IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01444-MSK-MJW

ERICH TUCKER and
SARAH TUCKER,

Plaintiff(s),

v.

JANET L. BARNES,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Defendant's Unopposed Motion RE: October 27, 2014 Court Minute Order (Docket No. 100) is granted.  The defendant shall have up to and including November 10, 2014, to file a reply in support of her Motion to Quash Subpoena Issued to J. Tashof Bernton, M.D. and for Protective Order (Docket No. 87).

Date: November 4, 2014