IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01444-MSK-MJW

ERICH TUCKER and
SARAH TUCKER,

Plaintiff(s),

v.

JANET L. BARNES,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Unopposed Joint Motion to Amend Case Progression Order [Scheduling Order] (docket no. 111) is GRANTED finding good cause shown.  The deadline for rebuttal expert witness disclosure is extended to March 15, 2015. The deadline to complete "all discovery" is extended to April 15, 2015. The Rule 16 Scheduling Order (docket no. 51) is amended consistent with this minute order.

Date: January 20, 2015